## MOTION AND PROCEDURAL RULINGS

2007–0558.   Wilborn v. Bank One Corp.
Mahoning App. No. 04–MA–182, 2007-Ohio-596. This cause is pending before the court as an appeal from the Court of Appeals for Mahoning County. Upon consideration of the motion for admission pro

hac vice of Lucia Nale and Diana Swisher Andsager for Principal Residential Mortgage, Inc., It is ordered by the court that the motion is granted.